FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-2386

**Short Case Caption:** Metacel Pharmaceuticals LLC v. Rubicon Research Private Ltd.

**Filing Party/Entity:** Rubicon Research Private Ltd.

---

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

---

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S.D.C.(D.N.J.) | 2:21-cv-19463-EP-JRA | Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

> Affirmation of the District Court's Final Judgment (ECF No. 156), Order and Memorandum Opinion Granting Defendant's Motion for Summary Judgment (ECF Nos. 137 and 138) and Order Denying Plaintiff's Motion for Reconsideration (ECF No. 155).

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

> Memorandum Opinion and Order of Final Judgment finding Defendant-Appellee's ANDA Product, that is the subject of ANDA No. 214445, does not infringe any claim of Plaintiff's Patent No. 10,610,502.

**Nature of judgment (select one):**     **Date of judgment:** 8/31/23

- ☑ Final Judgment, 28 USC § 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type) _____
- ☐ Other (explain) _____

**FORM 26. Docketing Statement**                                    Form 26 (p. 2)
                                                                       July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

[ ]

Issues to be raised on appeal:  ☑ None/Not Applicable

[ ]

Have there been discussions with other parties relating to settlement of this case?

☐    Yes    ☑    No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?          ☐ Yes          ☐ No

If they were mediated, by whom?

[ ]

Do you believe that this case may be amenable to mediation? ☐ Yes    ☑ No

Explain.

Mediation is unlikely to resolve the issues between the parties following Judgment and Order of the Trial Court.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: _9/28/23_____    Signature: _/s/ R Touhey Myer_____

                                  Name:      _R Touhey Myer_____

Save for Filing