FORM 26. Docketing Statement                                          Form 26 (p. 1)
                                                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-2386

**Short Case Caption:** Metacel Pharmaceuticals LLC v. Rubicon Research Private Ltd.

**Filing Party/Entity:** Metacel Pharmaceuticals LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USDC District of New Jersy | 21-19463-EP-JRA | Patent Infringement |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of the District Court's Final Judgment

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

Memorandum Opinion and Order granting summary judgment in favor of Defendant-Appellee Rubicon Research Private Ltd. that Defendant-Appellee's product that is the subject of ANDA No. 214445 does not infringe claims 1 and 2 of U.S. Patent No. 10,610,502.

**Nature of judgment (select one):**          **Date of judgment:** 8/31/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                    _____

FORM 26. Docketing Statement    Form 26 (p. 2)
    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the District Court properly granted summary judgment in favor of Defendant-Appellee Rubicon Research Private Ltd., finding that Defendant-Appellee does not induce infringement of claims 1 and 2 of U.S. Patent No. 10,610,502.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes  ☑ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☐ Yes  ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No
Explain.

The parties have had several discussions and have an open line of communication on this matter. Prior mediation between the parties did not lead to resolution of the case.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 9/28/23      Signature: /s/ Matthew D. Zapadka

      Name: Matthew D. Zapadka

Save for Filing