NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METACEL PHARMACEUTICALS LLC,**
*Plaintiff-Appellant*

**v.**

**RUBICON RESEARCH PRIVATE LTD.,**
*Defendant-Appellee*

---

2023-2386

---

Appeal from the United States District Court for the District of New Jersey in No. 2:21-cv-19463-EP-JRA, Judge Evelyn Padin.

---

**ON MOTION**

---

**O R D E R**

Metacel Pharmaceuticals LLC submits a motion to waive Federal Circuit Rule 25.1(d)(1)(A) for its opening brief to redact 300 words related to Rubicon Research Private Ltd.'s "propriety and confidential technical and business information" and "information" that "relates to the confidential submission of [the relevant] Abbreviated New Drug Application" for "Rubicon's generic drug product." ECF No. 17 at 1, 2. Metacel also submits the

nonconfidential version of the brief, ECF No. 15, and moves to file the confidential version out of time, ECF No. 19. Rubicon moves for an extension of time until January 31, 2024, to file the response brief. ECF No. 20.

The court notes the nonconfidential version of Metacel's proposed brief is not compliant with the rules of this court for the following reasons:

(1) The filer used an incorrect filing event. When refiling a corrected version of this document, please use the following event: "Brief/Appendix or Joinder."

(2) When a filing includes confidential information (other than personally identifiable information), two versions must be filed: one confidential and one nonconfidential. Fed. Cir. R. 25.1(e)(1).

(3) The nonconfidential version must describe the general nature of the confidential material that has been deleted, with applicable page numbers, in the table of contents, or in the introductory paragraph of the document if it does not contain a table of contents. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 28 (Describing the General Nature of Confidential Material Deleted from the Nonconfidential Version).

(4) Pages of the nonconfidential version containing redactions must bear a legend so stating. Fed. Cir. R. 25.1(e)(1)(B). The nonconfidential version must also include a general descriptor of the redacted material over the deletion or redaction. *Id.* Refer to the Practice Notes to Rule 25.1 (Noting Redactions in the Nonconfidential Version).

(5) The brief does not contain a statement of related cases. Fed. Cir. R. 28(a)(4); Fed. Cir. R. 47.5.

(6) The brief does not contain all required addendum material. Fed. Cir. R. 28(c)(1); Fed. Cir. R. 28.1(d).

(7) The filing does not include a certificate of compliance with the word/line count. The certificate of compliance must state the exact word count or line count. Fed. Cir. R. 32(b)(3) (formal briefs).

(8) The document does not contain the required proof of service, or the proof of service indicates improper service of material that cannot be served through the court's electronic filing system. Fed. Cir. R. 25(e) (all other documents). If a party has stated consent to an alternative method of service than that required by the rule, the proof of service must so indicate. Fed. R. Cir. 25(e)(4).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) ECF No. 19 is granted to the extent that corrected versions of Metacel's proposed confidential and non-confidential opening brief, addressing the compliance issues described in this order, are due no later than 14 days from the date of entry of this order.

(2) Within 7 days from the date of service of Metacel's corrected briefing, Rubicon is directed to show cause for any material it designates as confidential within Metacel's brief that redaction is "appropriate and necessary pursuant to a statute, administrative regulation, or court rule." Fed. Cir. R. 25.1(d)(3)(A).

(3) ECF No. 20 is granted to the extent that the briefing schedule is otherwise stayed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 5, 2024
Date