# United States Court of Appeals for the Federal Circuit

---

**METACEL PHARMACEUTICALS LLC,**
*Plaintiff-Appellant*

**v.**

**RUBICON RESEARCH PRIVATE LTD.,**
*Defendant-Appellee*

---

2023-2386

---

Appeal from the United States District Court for the District of New Jersey in No. 2:21-cv-19463-EP-JRA, Judge Evelyn Padin.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 23, 2025
Date

Jarrett B. Perlow
Clerk of Court